The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTIN CORONA,<br><br>          Plaintiff,<br><br>v.<br><br>NORTH PACIFIC FISHING, INC., FISHERMEN'S FINEST, F/V AMERICAN 1, in rem,<br><br>          Defendants. | AT LAW AND IN ADMIRALTY<br><br>Case No. CV05-1002 JLR<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

TO:    CLERK OF THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF WASHINGTON

     IT IS HEREBY STIPULATED by and between the plaintiff and defendants, through their undersigned counsel of record that the above-entitled action has been settled and should be dismissed with prejudice and without costs to any party.

     DATED this 28th day of February, 2006.

| | |
|---|---|
| s/Frank DeSantis<br>Frank DeSantis<br>Attorney for Plaintiff Martin Corona<br>236 Third Avenue, Suite A<br>Chula Vista, CA 91910<br>Phone: (619) 425-2020<br>Fax: (619) 425-2120<br>E-mail: frank@desantis-law.com | s/Robert F. Kehoe<br>Robert F. Kehoe, WSBA #21873<br>Attorney for Plaintiff Martin Corona<br>1900 W Nickerson, Ste 320<br>Seattle, WA 98119<br>Phone: (206) 283-7733<br>Fax: (206) 283-7795<br>E-mail: rfk@psvoa.com |

ORDER - 1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
US Bank Centre
1420 5th Ave., Suite 3010
Seattle, WA 98101
206-622-1711

**Error! Unknown document property name.**

| | |
|---|---|
| 1 | |
| 2 | s/Bert W. Markovich |
|   | BERT W. MARKOVICH, WSBA #13580 |
| 3 | Attorneys for Defendants |
|   | Schwabe, Williamson & Wyatt, P.C. |
| 4 | U.S. Bank Centre, Suite 3010 |
|   | 1420 Fifth Avenue |
| 5 | Seattle, WA  98101 |
|   | Telephone:    206-622-1711 |
| 6 | Fax:                206-292-0460 |
|   | E-Mail:           bmarkovich@schwabe.com |

### ORDER

Based upon the foregoing stipulation,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled action be and the same is hereby dismissed with prejudice and without costs to any party.

DATED this 7th day of March, 2006.

_____
JAMES L. ROBART
United States District Judge

Presented By:

SCHWABE, WILLIAMSON & WYATT, P.C.

s/Bert W. Markovich
BERT W. MARKOVICH
Attorneys for Defendants

ORDER - 2

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
US Bank Centre
1420 5th Ave., Suite 3010
Seattle, WA  98101
206-622-1711

**Error! Unknown document property name.**

| | |
|---|---|
| 1 | |
| 2 | APPROVED AS TO FORM, COPY RECEIVED |
| 3 | AND NOTICE OF PRESENTATION WAIVED: |
| 4 | |

s/Frank DeSantis                            s/Robert F. Kehoe
FRANK DESANTIS                          ROBERT F. KEHOE, WSBA #21873
Attorneys for Plaintiff                      Attorneys for Plaintiff

ORDER - 3

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
US Bank Centre
1420 5th Ave., Suite 3010
Seattle, WA 98101
206-622-1711

**Error! Unknown document property name.**